Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Bernardo Lopez, Federal Public Defender's Office, Fort Lauderdale, FL, Fletcher Peacock, Federal Public Defender's Office, Fort Pierce, FL, for Defendant–Appellant.

Before TJOFLAT, CARNES, and MARTIN, Circuit Judges.

PER CURIAM:

Antywan Bryant appeals his 120–month sentence, imposed after he pleaded guilty to one count of possession of more than fifty grams of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). Bryant's sentence was imposed on February 28, 2011. During that proceeding, the district court relied on *United States v. Gomes*, 621 F.3d 1343 (11th Cir.2010), to find that the Fair Sentencing Act of 2010 ("FSA") did not apply to Bryant. As a result, the court sentenced Bryant to 120–months imprisonment, the pre-FSA mandatory-minimum sentence for his offense under § 841(b)(1)(A).

On appeal, Bryant argues that the district court erred in refusing to apply the FSA at his re-sentencing. As the Supreme Court has now explained in *Dorsey v. United States*, —— U.S. ——, 132 S.Ct. 2321, —— L.Ed.2d —— (2012), Bryant is correct. The revised mandatory minimums set forth in the FSA are applicable to individuals who committed their offensive conduct before August 3, 2010, but who were sentenced after that date. *Id.* at 2335–36. Therefore, we must vacate Bryant's sentence and remand the case for re-sentencing consistent with the *Dorsey* opinion.

VACATED AND REMANDED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roderick PATTERSON, a.k.a. Bear,**
**Defendant–Appellant.**

No. 11–15398
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 10, 2012.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, David M. Stewart, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Daniel M. King, Jr., Dublin, GA, for Defendant–Appellant.

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Daniel King, appointed counsel for Roderick Patterson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Patterson's conviction and sentence are **AFFIRMED**.